UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN J. OBIE,

                   Plaintiff,

-v-

COMMODITY FUTURES TRADING COMMISSION,

                   Defendant.

23-CV-4459 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Per the letters submitted by the parties at ECF Nos. 25 and 26, Plaintiffs' motion for a temporary restraining order and a preliminary injunction is now moot. Accordingly, the motion at ECF No. 3 is hereby denied as moot.

    The Clerk of Court is directed to close the motion at ECF No. 3.

    SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                                          _____
                                                              J. PAUL OETKEN
                                                         United States District Judge