**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEPHEN JAY OBIE,

                Plaintiff,

    -against-                                    23 **CIVIL** 4459 (JGLC)

## JUDGMENT

COMMODITY FUTURES TRADING
COMMISSION, et al.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 6, 2024, Defendants' motions to dismiss are GRANTED and Plaintiff's cross motion for summary judgment is DENIED as moot.. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 6, 2024

                                                    **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                              **BY:**  _____
                                                **Deputy Clerk**